**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| **PRENTISS FLENOID, individually and on behalf of all others,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| **vs.** | ) ) | **Case No. 2:16-cv-04123-MDH** |
| **CORELOGIC RENTAL PROPERTY SOLUTIONS, LLC,** | ) ) ) ) | |
| **Defendant.** | ) ) | |

## <u>ORDER</u>

Before the Court is the parties' Stipulation of Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 23).

The Court hereby **ORDERS** that Plaintiff's individual claims against Defendant, CoreLogic Rental Property Solutions, LLC, be **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorney's fees and costs. Furthermore, the Court hereby **ORDERS** that Plaintiff's class claims against Defendant, CoreLogic Rental property Solutions, LLC, be **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED:
**Date: January 20, 2017**

                                     *<u>/s/ Douglas Harpool</u>*
                                     **DOUGLAS HARPOOL**
                                     **UNITED STATES DISTRICT JUDGE**

1